

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-mJ-1932 |
| Plaintiff, | ) | ORDER OF REVOCATION/DETENTION |
| | ) | IN BAIL REVOCATION/DETENTION |
| v. | ) | PROCEEDINGS |
| Ericka Annisella Nieto-Taylor | ) | (18 U.S.C. § 3148(b)) |
| Defendant. | ) | |

Upon motion of the Government to detain defendant in connection with bail revocation/detention proceedings pursuant to 18 U.S.C. § 3148(b):

A.   The Court finds:

( )  there is probable cause to believe that defendant has committed a federal, state, or local crime while on release;

(✓)  there is clear and convincing evidence that defendant has violated another condition of release;

B.   The Court further finds:

(✓)  no condition or combination of conditions will reasonably assure the appearance of defendant as required;

( ) no condition or combination of conditions will
reasonably assure the safety of any other person and
the community;

(✓) defendant is unlikely to abide by any condition or
combination of conditions of release.

C. The Court has considered:

(✓) the nature and circumstances of the offense(s) charged;

(✓) the weight of the evidence against defendant;

(✓) the history and characteristics of defendant;

(✓) the nature and seriousness of the danger to any person
or the community that would be posed by defendant's
release.

D. The Court concludes:

( ) Defendant poses a risk to the safety of other persons
and the community based on: _____

_____

_____

_____

(✓) Defendant poses a serious flight risk based on: _____

_failure to report for multiple scheduled_
_hearings; alleged noncompliance with court-_
_ordered conditions of release_

(✓) Defendant is unlikely to abide by any condition or
combination of conditions of release based on:

_instant allegations_

_____

_____

1    E.   The Government ( ) is ( ) is not entitled to a rebuttable

2         presumption that no condition or combination of conditions

3         will assure that defendant will not pose a danger to the

4         safety of any person or the community.

5    F.   The Court finds:

6         ( ) Defendant has not rebutted by sufficient evidence to

7              the contrary the presumption provided in 18 U.S.C.

8              § 3148(b) that no condition or combination of

9              conditions will assure the safety of any other person

10             or the community;

11   IT IS ORDERED that defendant is detained and remanded to the

12   custody of the U.S. Marshal.

13   If defendant is awaiting trial, IT IS FURTHER ORDERED that

14   defendant be confined in a corrections facility separate, to the

15   extent practicable, from persons awaiting or serving sentences or

16   persons held in custody pending appeal.

17   IT IS FURTHER ORDERED that defendant be afforded reasonable

18   opportunity for private consultation with defendant's counsel.

19   DATED:    7/25/18

20                                    HONORABLE JACQUELINE CHOOLJIAN
                                      United States Magistrate Judge
21

22

23

24

25

26

27

28